██ In the Matter of Christina Kaiser Hurnyak, an Attorney, Resignor. [670 NYS2d 125] —Resignation accepted and

name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Mar. 2, 1998.)

■ In the Matter of ANDREW D. MILLER, an Attorney, Resignor. [670 NYS2d 125] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Mar. 2, 1998.)